COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Team Industrial Services, Inc.

Appellate case number:   01-20-00142-CV

Trial court case number:  18-DCV-256883

Trial court:                   268th District Court of Fort Bend County

Relator filed a petition for writ of mandamus challenging the trial court's order, signed February 11, 2020, denying relator's motion for continuance of the February 18, 2020 trial setting, and the trial court's oral February 11, 2020 rulings denying relator's motion to dismiss and plea in abatement. Relator also filed a motion for emergency relief. *See* TEX. R. APP. P. 52.10. Real parties in interest filed responses to the motion for emergency relief.

The Court **grants** the motion for emergency relief and **stays** the trial set for February 18, 2020 pending this Court's disposition of the petition for writ of mandamus or further orders of this Court. *See* TEX. R. APP. P. 52.10(b). **Proceedings other than trial are not stayed.**

Real parties in interest shall file a response to the petition **by March 6, 2020**.

It is so ORDERED.


Judge's signature:   __Justice Richard Hightower_____
                              ☑ Acting individually   ☐ Acting for the Court


Date:   ___February 14, 2020___